UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
           Plaintiff,    :    No. 06 Civ. 7736 (GEL)
    -against-    :
JAMES N. STANARD, MARTIN J. MERRITT    :
and MICHAEL W. CASH,
           Defendants.    :
---------------------------------------- x

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the accompanying declaration of John J. Clarke, Jr., a member of the bar of this Court, together with the supporting declarations of James D. Mathias, Hugh J. Marbury and Megan Hanley Baer, and the attachments thereto, the undersigned will move this Court, pursuant to Local Civil Rule 1.3(c), before the Honorable Gerard E. Lynch, United States District Judge, in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the court, for an order in the form accompanying this motion granting the admission pro hac vice of the following attorneys as counsel for defendant James N. Stanard in this action:

        James D. Mathias
        Hugh J. Marbury
        Megan Hanley Baer
        DLA Piper US LLP
        6225 Smith Avenue
        Baltimore, Maryland 21209
        (410) 580-3000

and granting such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         December 21, 2006          DLA PIPER US LLP

                                    By: _____
                                        John J. Clarke, Jr. (JC 3449)

                                    1251 Avenue of the Americas
                                    New York, New York  10020-1104
                                    (212) 335-4500

                                              - and –

                                    James D. Mathias
                                    Hugh J. Marbury
                                    Megan Hanley Baer
                                    6225 Smith Avenue
                                    Baltimore, Maryland 21209-3600
                                    (410) 580-3000

                                    Attorneys for Defendant James N. Stanard

2

## CERTIFICATE OF SERVICE

I certify that I am an attorney admitted to practice in this District and that (1) on December 21, 2006, I caused to be served a true and correct copy of the foregoing notice of motion for admission pro hac vice, together with the accompanying declaration John J. Clarke, Jr. and the proposed form of order, and (2) on December 20, 2006, I caused to be served true and correct copies of the accompanying declarations of James D. Mathias, Hugh J. Marbury and Megan Hanley Baer, to be served upon the following counsel for the parties in this action by first-class mail, postage prepaid:

Preethi Krishnamurthy, Esq.
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Room 4300
New York, New York 10281-1022

Attorneys for Plaintiff
Securities & Exchange Commission

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Attorneys for Defendant Michael W. Cash

Robert Plotkin, Esq.
McGuire Woods LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 857-1700

Attorneys for Defendant Martin Merritt

_____
John J. Clarke, Jr. (JC 3449)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                 Plaintiff,                 :    No.  06 Civ. 7736 (GEL)
                                            :
        -against-                           :
                                            :
JAMES N. STANARD, MARTIN J. MERRITT         :
and MICHAEL W. CASH,                        :
                                            :
                 Defendants.                :
------------------------------------------ x

### DECLARATION OF JOHN J. CLARKE, JR.

Pursuant to 28 U.S.C. § 1746, JOHN J. CLARKE, JR. declares:

1. I am an attorney admitted to practice in this Court and am a member of DLA Piper US LLP, counsel to defendant James N. Stanard in this action. I make this declaration in support of the motion for admission pro hac vice of my colleagues James D. Mathias, Hugh J. Marbury and Megan Hanley Baer.

2. Mr. Mathias is a partner based in the Baltimore office of DLA Piper. As set forth in his accompanying declaration, he is admitted to practice in the State of Maryland and the District of Columbia, among other courts. I know him to be of outstanding moral character, and I respectfully move for his admission to practice before the Court for the instant matter.

3. Mr. Marbury is a partner based in the Baltimore office of DLA Piper. As set forth in his accompanying declaration, he is admitted to practice in the State of Maryland and the District of Columbia, among other courts. I know him to be of outstanding moral character, and I respectfully move for his admission to practice before the Court for the instant matter.

4. Ms. Baer is an associate based in the Baltimore office of DLA Piper. As set forth in her accompanying declaration, she is admitted to practice in the State of Maryland. I know her to be of outstanding moral character, and I respectfully move for her admission to practice before the Court for the instant matter.

Under penalty of perjury, I declare that the foregoing is true and correct this 21st day of December, 2006.

_____
John J. Clarke, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
  :
SECURITIES AND EXCHANGE COMMISSION,  :
  :
        Plaintiff,  :
  :   No.  06 Civ. 7736 (GEL)
  -against-  :
  :
JAMES N. STANARD, MARTIN J. MERRITT  :
and MICHAEL W. CASH,  :
  :
        Defendants.  
------------------------------------------- x

## DECLARATION OF JAMES D. MATHIAS

Pursuant to 28 U.S.C. § 1746, JAMES D. MATHIAS declares:

1. I am an attorney admitted to practice in the courts of Maryland and the District of Columbia and a member of DLA Piper US LLP, counsel to defendant James N. Stanard in this action. I make this declaration in support of the motion for my admission pro hac vice in this action pursuant to the Court's Local Civil Rule 1.3(c).

2. I am a member in good standing of the Bar of the State of Maryland and of the District of Columbia.

3. Attached hereto as Exhibit 1 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the Court of Appeals of Maryland.

4. Attached hereto as Exhibit 2 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the District of Columbia Court of Appeals.

5. My business address is:

    DLA Piper US LLP
    6225 Smith Avenue
    Baltimore, Maryland  21209
    (410) 580-3000
    (410) 580-3001 (Fax)

Under penalty of perjury, I declare that the foregoing is true and correct this 14th day of December, 2006.

_____
James D. Mathias

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1988,*

### James David Mathias

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of November, 2006.*

_____
*Clerk of the Court of Appeals of Maryland*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JAMES DAVID MATHIAS**

was on the 8TH day of NOVEMBER, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 29, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against –

JAMES N. STANARD, MARTIN J. MERRITT
and MICHAEL W. CASH,

        Defendants.

No. 06 Civ. 7736 (GEL)

### DECLARATION OF HUGH J. MARBURY

Pursuant to 28 U.S.C. § 1746, HUGH J. MARBURY declares:

1. I am an attorney admitted to practice in the courts of Maryland and the District of Columbia, and a member of DLA Piper US LLP, counsel to defendant James N. Stanard in this action. I make this declaration in support of the motion for my admission pro hac vice in this action pursuant to the Court's Local Civil Rule 1.3(c).

2. I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.

3. Attached hereto as Exhibit 1 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the Court of Appeals of Maryland.

4. Attached hereto as Exhibit 2 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the District of Columbia Court of Appeals.

5. My business address is:

   DLA Piper US LLP
   6225 Smith Avenue
   Baltimore, Maryland 21209
   (410) 580-3000
   (410) 580-3001 (Fax)

Under penalty of perjury, I declare that the foregoing is true and correct this 19 day of December, 2006.

_____
Hugh J. Marbury

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of December, 1995,

### Hugh Jewett Marbury

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eleventh day of December, 2006.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HUGH JEWETT MARBURY

was on the 6TH day of FEBRUARY, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 14, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> - against –<br><br>JAMES N. STANARD, MARTIN J. MERRITT<br>and MICHAEL W. CASH,<br><br>      Defendants. | No. 06 Civ. 7736 (GEL) |

### DECLARATION OF MEGAN HANLEY BAER

Pursuant to 28 U.S.C. § 1746, MEGAN HANLEY BAER declares:

1. I am an attorney admitted to practice in the courts of Maryland and a member of DLA Piper US LLP, counsel to defendant James N. Stanard in this action. I make this declaration in support of the motion for my admission pro hac vice in this action pursuant to the Court's Local Civil Rule 1.3(c).

2. I am a member in good standing of the Bar of the State of Maryland.

3. Attached hereto as Exhibit 1 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the Court of Appeals of Maryland.

4. My business address is:

  DLA Piper US LLP
  6225 Smith Avenue
  Baltimore, Maryland  21209
  (410) 580-3000
  (410) 580-3001 (Fax)

Under penalty of perjury, I declare that the foregoing is true and correct this 12th day of December, 2006.

_____
Megan Hanley Baer

# Court of Appeals of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 2004,

### Megan Hanley Baer

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of December, 2006.*

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland